AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )|
|---|---|
| v. | ) Case: 1:24-mj-00374 |
| George Gonzalez | ) Assigned To : Sharbaugh, Matthew J. |
|  | ) Assign. Date : 12/4/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __George Gonzalez__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1361 - Destruction of Government Property;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __12/04/2024__

Digitally signed by Matthew J. Sharbaugh
Date: 2024.12.04 11:10:36 -05'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__   __Matthew J. Sharbaugh, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __12/4/24__, and the person was arrested on *(date)* __12/9/24__
at *(city and state)* __Tampa, FL__.

Date: __12/9/24__

*Arresting officer's signature*

__DUSM Aguilar__
*Printed name and title*